IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERTA PHARMA B.V., ASTRAZENECA UK LTD. and ASTRAZENECA PHARMACEUTICALS LP,          ) ) ) ) ) | |
| Plaintiffs,          ) ) | C.A. No. 18-581 (RGA) |
| v.          ) ) | |
| PHARMACYCLICS LLC and ABBVIE INC.          ) ) ) | |
| Defendants.          ) | |

## [PROPOSED] ORDER

This __26__ day of __November_____, 2018, having considered Janssen Biotech, Inc.'s Motion to Intervene, it is HEREBY ORDERED that Janssen Biotech, Inc.'s motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　_/s/ Richard G. Andrews_
　　　　　　　　　　　　　　　　　　　　United States District Judge