

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERTA PHARMA B.V., ASTRAZENECA UK LTD., and ASTRAZENECA PHARMACEUTICALS LP,<br><br>    Plaintiffs,<br><br>v.<br><br>PHARMACYCLICS LLC, and ABBVIE, INC.,<br><br>    Defendants,<br>and<br><br>JANSSEN BIOTECH, INC.,<br><br>    Intervenor. | No. 1:18-cv-581-RGA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Acerta Pharma B.V., AstraZeneca UK Ltd., and AstraZeneca Pharmaceuticals LP, Defendants Pharmacyclics LLC and AbbVie Inc., and Intervenor Janssen Biotech, Inc., hereby stipulate that the above-captioned action, including but not limited to all claims and counterclaims asserted therein, be dismissed with prejudice, each party agreeing to bear its own fees and costs.

Dated: October 22, 2019

| MORGAN, LEWIS & BOCKIUS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *John V. Gorman* | /s/ *Pilar G. Kraman* |
| John V. Gorman (No. 6599) | Adam W. Poff (No. 3990) |
| David W. Marston Jr. (No. 3972) | Pilar G. Kraman (No. 5199) |
| Jody C. Barillare (No. 5107) | Rodney Square |
| Amy M. Dudash (No. 5741) | 1000 North King Street |
| The Nemours Building | Wilmington, DE 19801 |
| 1007 North Orange Street | Telephone: (302) 571-6642 |
| Suite 501 | Facsimile: (302) 576-3326 |
| Wilmington, DE 19801 | |
| Telephone: (302) 574-3000 | OF COUNSEL: |
| Facsimile: (302) 574-3001 | |
| john.gorman@morganlewis.com | David I. Berl |
| david.marston@morganlewis.com | Dov P. Grossman |
| jody.barillare@morganlewis.com | Stanley E. Fisher |
| amy.dudash@morganlewis.com | Galina I. Fomenkova |
| | Teagan J. Gregory (No. 5852) |
| Eric Kraeutler (admitted *pro hac vice*) | Kevin Hoagland-Hanson |
| 1701 Market Street | James W. Kirkpatrick |
| Philadelphia, PA 19103-2921 | WILLIAMS & CONNOLLY LLP |
| Telephone: (215) 963-5000 | 725 Twelfth Street, NW |
| Facsimile: (215) 963-5001 | Washington, DC 20005 |
| eric.kraeutler@morganlewis.com | Telephone: (202)434-5000 |
| | Facsimile: (202)434-5029 |
| Olga Berson, Ph.D. (admitted *pro hac vice*) | dberl@wc.com |
| 2049 Century Park East, Suite 700 | dgrossman@wc.com |
| Los Angeles, CA 90067-3109 | sfisher@wc.com |
| Telephone: (310) 907-1000 | gfomenkova@wc.com |
| Facsimile: (310) 907-1001 | tgregory@wc.com |
| olga.berson@morganlewis.com | khoagland-hanson@wc.com |
| | jkirkpatrick@wc.com |
| *Attorneys for Plaintiff Acerta Pharma B.V.* | |
| | *Attorneys for Plaintiffs AstraZeneca UK Ltd. and AstraZeneca Pharmaceuticals LP* |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | OF COUNSEL: |
| | Michael A. Morin<br>David P. Frazier<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200 |
| /s/ *Jeremy A. Tigan*<br>Jack B. Blumenfeld (No. 1014)<br>Jeremy A. Tigan (No. 5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | |
| | Brenda L. Danek<br>Lauren K. Sharkey<br>Lesley M. Hamming<br>LATHAM & WATKINS LLP<br>330 N. Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-7700 |
| *Attorneys for Pharmacyclics LLC, AbbVie, Inc., and Janssen Biotech, Inc.* | |

Gregory K. Sobolski
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
(415) 391-0600

Kamilah Alexander
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

*Attorneys for Pharmacyclics LLC and AbbVie, Inc.*

Irena Royzman
KRAMER LEVIN NAFTAILS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorney for Janssen Biotech, Inc.*

SO ORDERED this 22 day of October, 2019

/s/ Richard G. Andrews
United States District Judge

3